# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK PIERRE

NO. 2020 KW 1032

DECEMBER 30, 2020

In Re:   Derrick Pierre, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-97-0846.

BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.

**WRIT DENIED.** Relator was previously informed by this court that the District Attorney's Office no longer has possession of his case file in docket number 06-97-0846, as it has been destroyed. See **Pierre v. E. Baton Rouge Par. Clerk of Court,** 2017-0688 (La. App. 1st Cir. 11/1/17), 233 So.3d 92, writ denied, 2018-0078 (La. 1/14/19), 260 So.3d 1216. Furthermore, there is no indication that relator has filed an application for postconviction relief in the district court based upon the decision in **Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020). See **State ex rel. Bernard v. Criminal Dist. Court Section "J",** 94-2247 (La. 4/28/95), 653 So.2d 1174, 1175 (per curiam). Therefore, the district court's ruling denying the motion to compel production of documents on the ground that the request is premature is correct.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT